**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LARRY ARNOLD,** | ) | **Case No.  1:06 CV 1625** |
| | ) | |
| **Plaintiff,** | ) | **Judge Dan Aaron Polster** |
| | ) | |
| **vs.** | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| **MICHAEL ASTRUE, Comm'r of** | ) | |
| **Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On July 16, 2007, the Court adopted Magistrate Judge Perelman's recommendation and

remanded Plaintiff Larry Arnold's Social Security Income ("SSI") appeal for further

proceedings, finding that the Administrative Law Judge's decision denying Arnold's application

for SSI was not supported by substantial evidence.  (Doc ##: 21, 22.)  On November 18, 2010,

Arnold's attorney, Marcia Margolius, Esq., filed the pending Motion for Attorney Fees Pursuant

to 20 C.F.R. §§ 416.1525 and 416.1528, seeking an award of $5,775 (the "Motion").  (**Doc #:**

**23**.)  Shortly thereafter, the Court referred the case to Magistrate Judge McHargh for preparation

of a report and recommendation.  (Doc #: 24.)  On December 2, 2010, the Defendant

Commissioner of Social Security filed notice that it had no objection to the Motion.  (Doc. #:

25.)

Magistrate Judge McHargh has now issued a Report and Recommendation,

recommending that the undersigned grant the pending Motion as Attorney Margolius' request

falls well within the parameters set forth in 42 U.S.C. § 406(b) and Sixth Circuit case law (the "R&R"). (**Doc #: 26**.) The Commissioner has responded that he will not be filing objections to the R&R. (Doc #: 27.)

Due to the thoroughness of the Magistrate Judge's R&R and the Commissioner's lack of objections, the Court hereby **ADOPTS** the R&R (**Doc #: 26**), **GRANTS** the Motion for Attorney Fees Pursuant to 20 C.F.R. §§ 416.1525 and 416.1528 (**Doc #: 23**), and **AWARDS** Attorney Margolius the requested $5,775.00 in attorney fees.

**IT IS SO ORDERED.**

 */s/ Dan A. Polster     January 27, 2011*
**Dan Aaron Polster**
**United States District Judge**